

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

April 26, 2022

*Via ECF*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: *United States v. Hawkins (Parsons)* S2 21 Cr. 414 (KPF)

Dear Judge Failla:

I was appointed to represent Sadane Parsons pursuant to the Criminal Justice Act ("CJA"). We have a status conference scheduled before Your Honor on April 28, 2022. I am currently picking a Jury before the Honorable Michael J. Vazquez in federal court in the District of New Jersey. I would respectfully request that Your Honor permit Lisa Scolari, Esq., to stand in for me for the status conference. I have discussed this with my client, Sadane Parsons, and he has no objection to this request.

Respectfully submitted,

s/
Lorraine Gauli-Rufo
*Attorney for Sadane Parsons*

cc: All Attorneys of Record

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 84.

Dated:  April 26, 2022            SO ORDERED.
        New York, New York

                                  *[signature: Katherine Polk Failla]*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE