

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

―――――――

August 5, 2022

*Via ECF*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007



Re: *United States v. Hawkins (Parsons)*
S2 21 Cr. 414 (KPF)

Dear Judge Failla:

    I was appointed to represent Sadane Parsons pursuant to the Criminal Justice Act ("CJA"). We have a status conference scheduled before Your Honor on August 11, 2022.  I would respectfully request that Your Honor permit Lisa Scolari, Esq., to stand in for me for the status conference as I have a scheduling conflict on that day. I have discussed this with my client, Sadane Parsons, and he has no objection to this request.

                                              Respectfully submitted,
                                              s/ Lorraine Gauli-Rufo
                                              Lorraine Gauli-Rufo
                                              *Attorney for Sadane Parsons*

cc: All Attorneys of Record

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 103.

Dated: August 8, 2022
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE