MEMO ENDORSED



NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

June 13, 2023

*Via ECF*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Sadane Parsons,*
  *Case No. 21-cr-414 (KPF)*

Dear Judge Failla:

The sentencing in the above matter is scheduled before Your Honor on June 28, 2023. While we received the final Presentence Report on June 5, 2023, we have not yet been able to review it with our client. With the sentencing date as it is now, our sentencing submission would be due tomorrow, June 14, 2023. In light of this, we are respectfully requesting a short adjournment. The government, AUSAs Thomas Wright and Mary Christine Slavik, have no objections to this request. Should Your Honor grant this request, both parties are available July 6, 7 (all day), and July 13 (before 12pm), or any day convenient for the Court.

Your Honor's time and consideration is greatly appreciated.

Respectfully submitted,
 s/ Lorraine Gauli-Rufo
 Lorraine Gauli-Rufo
 *Attorney for Sadane Parsons*

cc: Thomas Wright, AUSA
    Mary Christine Slavik, AUSA

Application GRANTED.  Mr. Parson's sentencing, which is currently scheduled for June 28, 2023, is hereby ADJOURNED to 3:00 p.m. on **July 10, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 203.

Dated:    June 13, 2023          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE